

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess  Logoff HSOMMERLAW

**2022-CC00924 - MATTHEW L JOHNSON V PHH MORTGAGE CORPORATION ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending   ○ Ascending

Display Options: All Entries

---

**08/20/2020**  ☐ **Corporation Served**
Document ID - 20-SMCC-5800; Served To - ALTISOURCE SOLUTIONS, INC.; Server - ; Served Date - 07-AUG-20; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Corporation Served**
Document ID - 20-SMCC-5799; Served To - PHH MORTGAGE CORPORATION; Server - ; Served Date - 07-AUG-20; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served

**08/03/2020**  ☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-5800, for ALTISOURCE SOLUTIONS, INC..

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-5799, for PHH MORTGAGE CORPORATION.

**05/26/2020**  ☐ **Jury Trial Scheduled**
Scheduled For: 11/16/2020; 9:00 AM ; REX M BURLISON; City of St. Louis

**05/08/2020**  ☐ **Filing Info Sheet eFiling**
**Filed By:** MITCHELL B. STODDARD

☐ **Pet Filed in Circuit Ct**
Petition; Exhibit 1; Exhibit 2.
**Filed By:** MITCHELL B. STODDARD
**On Behalf Of:** MATTHEW L JOHNSON

☐ **Judge Assigned**

---

# IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
# STATE OF MISSOURI

| | |
|---|---|
| Matthew L. Johnson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. |
| v. ) | |
| ) | Division: |
| PHH Mortgage Corporation, d/b/a ) | |
| PHH Mortgage Services, ) | |
| ) | |
| Sheriff Serve Registered Agent: ) | |
|    CSC-Lawyers Incorp. Svc Co. ) | |
|    221 Bolivar Street ) | |
|    Jefferson City, MO 65101 ) | |
| ) | |
| and ) | |
| ) | |
| Altisource Solutions, Inc., ) | |
| ) | |
| Sheriff Serve Registered Agent: ) | |
|    CSC-Lawyers Incorp. Svc Co. ) | |
|    221 Bolivar Street ) | |
|    Jefferson City, MO 65101 ) | |
| ) | |
| Defendants. ) | |

## PETITION

COMES NOW Plaintiff, Matthew L. Johnson, by and through his attorneys, Mitchell B. Stoddard and Consumer Law Advocates, and for his Petition against Defendants, PHH Morgage Corporation, d/b/a PHH Mortgage Services and Altisource Solutions, Inc. states to this honorable Court as follows:

### ALLEGATIONS COMMON AS TO ALL COUNTS

1. Plaintiff, Matthew L. Johnson, is a natural person, an adult citizen of the State of Missouri, and a resident of St. Louis County, Missouri.

2. Defendant, PHH Morgage Corporation, d/b/a PHH Mortgage Services (hereinafter "PHH"), is a New Jersey corporation in good standing, engaged in the business of making and servicing consumer mortgage loans.

3. Defendant, Altisource Solutions, Inc. (hereinafter "Altisource"), is a Delaware corporation which, according to its website, is engaged in the business of assisting mortgage servicers in carrying out their functions.

4. The events giving rise to Plaintiff's cause of action, and the resulting injury to Plaintiff occurred in the City of St. Louis, Missouri.

5. In or around April 2005, Plaintiff purchased a residential dwelling located at 2849 Wyoming Street in the City of St. Louis, Missouri (hereinafter "the Property"). Plaintiff has been the continuous and sole owner of the Property since he purchased it.

6. Plaintiff used the Property as his primary residence until 2016, when he started renting out rooms to individuals.

7. Prior to 2019, Plaintiff 's mortgage loan was serviced by Ocwen Mortgage Servicing, Inc., but as of May 2019, PHH began servicing it.

8. On or about 5/25/2019, Plaintiff received a call from one of his tenants advising that "somebody had broken into the house and damaged the property."

9. Plaintiff went to the Property and saw the entrance door was wide open. Plaintiff also saw a tag on the door, which stated "Warning … This property has been winterized. Do not turn on water!" A copy of this notice, dated 5/15/1019, is attached hereto and incorporated by reference as though fully set forth herein as Exhibit 1.

10. Plaintiff also saw a letter that had been left by Altisource, which advised him to call a toll free number if had questions or concerns related to the property. A copy of

2

said notice is attached hereto and incorporated by reference as though fully set forth herein as Exhibit 2.

11. Plaintiff called the number on the letter and complained that somebody had damaged his property. The woman who responded to Plaintiff's call transferred him to the "complaint department," but nobody took the call.

12. Plaintiff called the number again several days later, but got a message stating his call was being "blocked."

13. Thereafter, Plaintiff began receiving mortgage statements from PHH which reflected "assessed expenses," which included charges for "door locks" and "debris removal."

### VIOLATION OF MISSOURI MERCHANDISING PRACTICES ACT

For Count I of his Petition, Plaintiff states to this honorable Court as follows:

14. Plaintiff realleges the allegations of paragraphs 1 through 13 as though fully set forth herein.

15. At all relevant times herein, Altisource was the agent of PHH, and was acting within the course and scpoe of its authority on behalf of PHH, such that any act done by Altisource can be attributed to the acts of PHH.

16. Pursuant to § 407.020 RSMo (Missouri Merchandising Practices Act), it is an unlawful practice to use deception, fraud, false pretense, false promise, misrepresentation, or unfair practice, or to conceal, suppress, or omit any material fact in connection with the sale or advertisement of any merchandise in trade or commerce.

17. Plaintiff purchased the Property primarily for personal, family or household purposes, and not for a business purpose.

3

18. Defendants used deception, fraud, false pretense, false promise, misrepresentation or unfair practice, or concealed, suppressed, or omitted a material fact in connection with the extension of a mortgage loan in one or more of the following respects:

   a. Altisource unlawfully entered Plaintiff's property and caused damage to Plaintiff's real and personal property, including but not limited to the doors and door frames, changed the front door locks, tampered with the breaker panels, damaged Plaintiff's drywall, broke a metal water heater drip pan, broke two mirrors, broke the ventilation furnace door, and scratched the vinyl flooring, which constitutes trespassing and illegal conduct in contravention of 15 CSR 60-8.090;

   b. PHH failed to act in good faith and behaved unconscionably when it added charges to Plaintiff's mortgage statement for the unlawful trespass by Altisource, thereby committing unfair practices in contravention of 15 CSR 60-8.040 and 15 CSR 60-8.080 respectively

19. Defendants' use of fraud, false pretense, false promise, misrepresentation or unfair practice, and/or concealment, suppression, or omission of a material fact in connection with the sale of the  was willful, wanton and malicious, and was done with evil motive or reckless indifference to the rights of Plaintiff.

20. PHH's actions constitute a pattern and practice of deceptive conduct.

21. As a result of PHH's use of fraud, false pretense, false promise, misrepresentation or unfair practice, and/or of PHH's concealment, suppression, or omission of a material fact in connection with the exension of a mortgage loan, Plaintiff suffered an ascertainable loss of money or property.

22. Further as a result of Defendants' violation of the MMPA, Plaintiff further suffered humiliation, embarrassment, inconvenience, stress, anxiety, loss of use, loss of work, and garden variety emotional distress.

**WHEREFORE**, Plaintiff prays this honorable Court to enter a judgment against Defendants awarding actual and punitive damages in an amount that is fair and reasonable, attorney's fees for all time reasonably expended on the case, incidental and consequential damages, prejudgment interest, costs of suit, and such further equitable relief as this honorable Court deems just.

### COUNT II – TRESPASS

For Count II of his Petition, Plaintiff states to this honorable Court as follows:

23.   Plaintiff reallege the allegations of paragraphs 1 through 22 as though fully set forth herein.

24.   At all relevant times herein, Altisource was the agent of PHH, and was acting within the course and scpoe of its authority on behalf of PHH, such that any act done by Altisource can be attributed to the acts of PHH.

25.   On or about 5/15/2019, Altisource, without permission or authorization from Plaintiff, entered upon Plaintiff's property and caused damage thereto, resulting in a financial loss to Plaintiff.

26.   Altisource's entry onto Plaintiff's property was intentional, interferred with the plaintiffs' possessory rights, and constituted a physical invasion of Plaintiff's property.

27.   Altisource's conduct was willful, wanton and malicious, and was done with evil motive or reckless indifference to the rights of Plaintiff.

28.   As a direct and proximate result of Altisource's tresspass onto Plaintiff's property, Plaintiff sustained damage.

**WHEREFORE**, Plaintiff prays this honorable Court to enter a judgment against Defendants awarding actual and punitive damages, incidental and consequential

5

damages, prejudgment interest, costs of suit, and such further equitable relief as this honorable Court deems just.

/s/ Mitchell B. Stoddard
Mitchell B. Stoddard, #38311
Consumer Law Advocates
1415 Elbridge Payne Road, Suite 275
Chesterfield, Missouri 63017
(314) 692-2001
mitch.stoddard@clalaw.com

Attorneys for Plaintiff



COLE COUNTY SHERIFF

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00924 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>MATTHEW L JOHNSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MITCHELL B. STODDARD<br>1415 ELBRIDGE PAYNE ROAD<br>SUITE 275<br>CHESTERFIELD, MO 63017 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br> PHH MORTGAGE CORPORATION | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: PHH MORTGAGE CORPORATION
Alias: DBA PHH MORTGAGE SERVICES

CSC LAWYERS INC SVC CO
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 3, 2020**
_____                   _____
Date                                                      Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                   _____
Printed Name of Sheriff or Server             Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____        _____
                       Date                                   Notary Public

**Sheriff's Fees, if applicable**
Summons               $_____
Non Est               $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $____10.00_____
Mileage               $_____ (_____ miles @ $._____ per mile)
**Total**             $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**COLE COUNTY SHERIFF**

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00924 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>MATTHEW L JOHNSON | Plaintiff's/Petitioner's Attorney/Address<br>MITCHELL B. STODDARD<br>1415 ELBRIDGE PAYNE ROAD<br>SUITE 275 | Special Process Server 2 |
| vs. | CHESTERFIELD, MO  63017 | Special Process Server 3 |
| Defendant/Respondent:<br>PHH MORTGAGE CORPORATION | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to:  ALTISOURCE SOLUTIONS, INC.
                           Alias:
CSC LAWYERS INCORP SVC CO
221 BOLIVAR STREET
JEFFERSON CITY, MO  65101

*COURT SEAL OF CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 3, 2020**
_____    _____
        Date                              Clerk
Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____    _____
                          Date                  Notary Public

**Sheriff's Fees, if applicable**
Summons                          $_____
Non Est                          $_____
Sheriff's Deputy Salary
Supplemental Surcharge           $     10.00
Mileage                          $_____ (_____ miles @ $._____ per mile)
**Total**                        $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| **Judge or Division:** REX M BURLISON | **Case Number:** 2022-CC00924 | Special Process Server 1 |
| **Plaintiff/Petitioner:** MATTHEW L JOHNSON | **Plaintiff's/Petitioner's Attorney/Address** MITCHELL B. STODDARD 1415 ELBRIDGE PAYNE ROAD SUITE 275 | Special Process Server 2 |
| vs. | CHESTERFIELD, MO 63017 | Special Process Server 3 |
| **Defendant/Respondent:** PHH MORTGAGE CORPORATION | **Court Address:** CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | **RECEIVED** AUG 06 2020 (Date File Stamp) |
| **Nature of Suit:** CC Other Tort | | |

## Summons in Civil Case

**The State of Missouri to:** PHH MORTGAGE CORPORATION
**Alias:** DBA PHH MORTGAGE SERVICES

CSC LAWYERS INC SVC CO
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

COLE COUNTY SHERIFF'S OFFICE

**COURT SEAL OF CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 3, 2020**
_____     _Thomas Kloeppinger_____
Date                                              Clerk

FILED 2020 AUG 20 AM 3:2? 22ND JUDICIAL CIRCUIT OFFICE

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
Shelly Lewis (name) Designee (title)
☐ other: _____

Served at 221 Bolivar St Jefferson City MO 65101 (address)
in Cole (County/City of St. Louis), MO, on 08·07·2020 (date) at 8:00 AM (time).

Sheriff: _A.P. Whale___  By Dep. _[signature]_ 74
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
My commission expires: _____  _____
                          Date         Notary Public
(Seal)

**Sheriff's Fees, if applicable**
Summons                $_____
Non Est                $_____
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage                $_____ (_____ miles @ $_____ per mile)
Total                  $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: REX M BURLISON | Case Number: 2022-CC00924 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: MATTHEW L JOHNSON | Plaintiff's/Petitioner's Attorney/Address MITCHELL B. STODDARD 1415 ELBRIDGE PAYNE ROAD SUITE 275 CHESTERFIELD, MO 63017 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent: PHH MORTGAGE CORPORATION | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit: CC Other Tort | | |

## Summons in Civil Case

The State of Missouri to: ALTISOURCE SOLUTIONS, INC.
Alias:
CSC LAWYERS INCORP SVC CO
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**COURT SEAL OF CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

August 3, 2020
_____ Date _____    _____ Clerk _____

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: Shelly Lewis (name) Designee (title).
☐ other: _____.

Served at 221 Bolivar St Jefferson City MO 65101 (address)
in Cole (County/City of St. Louis), MO, on 08-07-2020 (date) at 8:00 AM (time).

Sheriff: _____ R. Wheeler _____    By Dep. _____ 74
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____ Date _____    _____ Notary Public _____

**Sheriff's Fees, if applicable**
Summons $_____
Non Est $_____
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage $_____ (_____ miles @ $_____ per mile)
Total $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 20-SMCC-5800    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo