# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW L. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-cv-01212 |
| PHH MORTGAGE CORPORATION, d/b/a PHH MORTGAGE SERVICES | ) |
| and | ) |
| ALTISOURCE SOLUTIONS, INC. | ) |
| Defendants. | ) |

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL SUBSTITUTING TRACY J. COWAN AND ALEJANDRO P. FRANK AS COUNSEL FOR DEFENDANT ALTISOURCE SOLUTIONS, INC.**

COME NOW Eric D. Martin and Hilary H. Sommer and the law firm of Bryan Cave Leighton Paisner, LLP, and Tracy J. Cowan and Alejandro P. Frank and the law firm of Lewis Brisbois Bisgaard & Smith LLP and respectfully request this Court for an order granting Eric D. Martin and Hilary H. Sommer's withdrawal as counsel for Altisource Solutions, Inc., and substituting Tracy J. Cowan and Alejandro P. Frank as counsel for Altisource Solutions, Inc. in the above-styled case.  In support of their motion, counsel state:

1.  Tracy J. Cowan and Alejandro P. Frank are attorneys in good standing in the state of Missouri and are licensed to practice in the United States District Court for the Eastern District of Missouri.  They have filed, or will file, entries of appearance.

WHEREFORE, Eric D. Martin and Hilary H. Sommer and the law firm of Bryan Cave Leighton Paisner LLP and Tracy J. Cowan and Alejandro P. Frank and the law firm of Lewis

Brisbois Bisgaard & Smith, LLP respectfully request that the Court enter an order permitting Eric D. Martin and Hilary H. Sommer to withdraw from this matter and allowing Lewis Brisbois Bisgaard & Smith LLP to serve as counsel on behalf of Defendant Altisource Solutions, Inc. and for such other and further relief as this Court deems just and proper.

Dated: September 16, 2020	Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER, LLP

/s/ Hilary H. Sommer
Eric D. Martin #47558
Hilary H. Sommer, #47898
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
Telephone: (314) 259-2000
Fax: (314) 259-2020
E-mail: eric.martin@bclplaw.com
E-mail: hilary.sommer@bclplaw.com

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Alejandro P. Frank
Tracy J. Cowan, #40229
Alejandro P. Frank, #68077
100 South 4th St., Suite 500
St. Louis, Missouri 63102
(314) 685-8350 – Phone
(314) 685-8347 – Facsimile
Tracy.Cowan@lewisbrisbois.com
Alejandro.Frank@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served upon the counsel of record on September 16, 2020, through the court's electronic filing system.

/s/ Hilary H. Sommer
Hilary H. Sommer
