# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW L. JOHNSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Case No. 4:20-cv-1212 |
| v. | ) |
| | ) |
| PHH MORTGAGE CORPORATION, | ) |
| d/b/a PHH MORTGAGE SERVICES | ) |
| | ) |
| and | ) |
| | ) |
| ALTISOURCE SOLUTIONS, INC. | ) |
| | ) |
|    Defendants. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Altisource Solutions, Inc. ("Altisource"), a corporation organized and existing under the laws of the State of Delaware, by and through its undersigned attorneys, hereby identifies its corporate structure as follows:

Altisource is the indirect, wholly owned subsidiary of Altisource Portfolio Solutions, S.A., which is publicly traded.

Dated: October 14, 2020                        Respectfully Submitted,

                                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                       By:  */s/ Alejandro P. Frank*
                                                       Alejandro P. Frank, #68077MO
                                                       100 S. 4th Street, Suite 500
                                                     St. Louis, Missouri 63102
                                                     (314) 685-8346 – Phone
                                                     (314) 685-8347 – Facsimile
                                                     Alejandro.Frank@lewisbrisbois.com

                                                     *Attorney for Defendant*
                                                     *Altisource Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2020, a copy of the foregoing was electronically filed with the Clerk of Courts and served via electronic mail to the following:

**CONSUMER LAW ADVOCATES**
Mitchell B. Stoddard
1415 Elbridge Payne Road, Suite 275
Chesterfield, Missouri 63017
Tel: (314) 692-2000
Email: mitch.stoddard@clalaw.com
*Attorney for Plaintiff*

By: /s/ *Alejandro P. Frank*