# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Matthew L. Johnson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.4:20-cv-1212-SEP |
| v. ) | |
| ) | |
| PHH Morgage Corporation, d/b/a ) | |
| PHH Mortgage Services, et al, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

COME NOW the parties and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of this action with prejudice.

/s/ Mitchell B. Stoddard
Mitchell B. Stoddard, #38311MO
Consumer Law Advocates
1415 Elbridge Payne Road, Suite 275
Chesterfield, Missouri 63017
(314) 692-2001 *tel*
mitch.stoddard@clalaw.com

Attorneys for Plaintiff

/s/ Hilary H. Sommer
Hilary H. Sommer, #47898
Bryan Cave, LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000 *tel*
(314) 259-2020 *fax*

Attorneys for Defendant, PHH Morgage Corporation, d/b/a PHH Mortgage Services

/s/ Alejandro P. Frank
Alejandro P. Frank, #68077MO
Louis, Brisbois, Bisgaard & Smith, LLP
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
(314) 685-8346 *tel*
 *fax*

Attorneys for Defendant, Altisource Solutions, Inc.

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 27th day of July 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                                           /s/ Mitchell B. Stoddard